**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS INC.

        Plaintiff(s),

v.

NGOC HA T. NGUYEN

        Defendant(s).
_____/

No. C- 11-0166

**ORDER APPOINTING COUNSEL**

Because the __Defendant__ has requested and is in need of counsel to assist ~~him/~~her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, _____ __Sayuri Sharper__ is hereby appointed as counsel for __Defendant__ _____ in this matter.

IT IS SO ORDERED.

Dated: October 13, 2011

_____
United States District/~~Magistrate~~ Judge