Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NGOC HA T. NGUYEN, ET AL., <br><br> Defendant, | CASE NO. 5:11-cv-01166-LHK <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT NGOC HA T. NGUYEN, individually and d/b/a VI SAO a/k/a SAO RESTAURANT |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant NGOC HA T. NGUYEN, individually and d/b/a VI SAO a/k/a SAO RESTAURANT, that the above-entitled action is hereby dismissed with prejudice against NGOC HA T. NGUYEN, individually and d/b/a VI SAO a/k/a SAO RESTAURANT

///
///
///
///
///
///
///
///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs. The Clerk shall close the file.

Dated: January 10, 2012

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorney for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: Jan 10, 2012

SAYURI K. SHARPER ATTORNEY AT LAW
By: Sayuri K. Sharper, Esquire
Attorney for Defendant NGOC HA T. NGUYEN, individually and d/b/a VI SAO a/k/a SAO RESTAURANT

IT IS SO ORDERED:

*Lucy H. Koh*

The Honorable Lucy H. Koh
United States District Court
Eastern District of California

Dated: January 11, 2012

///
///
///